IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:22-CV-00082-FL

| | |
|---|---|
| GUSTAVO GONZALEZ CARDENAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| UR JADDOU, DIRECTOR OF U.S. ) | |
| CITIZENSHIP AND IMMIGRATION ) | |
| SERVICES, ) | |
| | |
| Defendant. | |

This matter comes before the Court on the parties' joint motion to stay the proceedings. Upon consideration of the motion, and for good cause shown,

IT IS ORDERED that the parties' motion is GRANTED; IT IS FURTHER ORDERED that the instant action is STAYED until further order of this Court; and IT IS FURTHER ORDERED that the parties shall submit a joint status report to the Court no later than 60 days after the date of this Order..

**SO ORDERED,** this the 27th day of September, 2022.

LOUISE WOOD FLANAGAN
United States District Judge